IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CHRISTINE BORDEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, NA ("BANA") AND ) <br> WESTCLIFF TECHNOLOGIES, INC., ) <br> D/B/A NATIONAL BITCOIN ATM, AND ) <br> CASH CLOUD, INC., D/B/A/ COIN ) <br> CLOUD, ) <br> ) <br> Defendant. ) | CASE NO.: 2:22-cv-04076-BHH |

## **DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS**

COMES NOW, Defendant Bank of America, N.A. ("Defendant" or "BANA") by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves this Court to dismiss the complaint ("Complaint") filed by Christine Borden ("Plaintiff").

WHEREFORE, Defendant respectfully requests that this Court grant its Motion to Dismiss with prejudice.

This 23rd day of November, 2022         Respectfully submitted,

/s/ Jasmine K. Gardner
Jasmine K. Gardner (S.C. Fed. Bar #12531)
McGUIREWOODS, LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
jgardner@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I electronically filed the foregoing *Motion to Dismiss Plaintiff's Complaint and Memorandum in Support of Motion to Dismiss* with the Court's CM/ECF system which served an electronic copy on all counsel of record.

Dave Maxfield, Esq.<br>
David Maxifeld, Attorney, LLC<br>
PO Box 11865<br>
Columbia, SC 29211<br>
dave@consumerlawsc.com

*Attorney for Plaintiff*

/s/ Jasmine K. Gardner_____
Jasmine K. Gardner (S.C. Fed. Bar #12531)