**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE BORDEN,** | ) | |
| | ) | **CASE NO.: 2:22-cv-04076-BHH** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BANK OF AMERICA, NA ("BANA") AND** | ) | |
| **WESTCLIFF TECHNOLOGIES, INC.,** | ) | |
| **D/B/A NATIONAL BITCOIN ATM, AND** | ) | |
| **CASH CLOUD, INC., D/B/A/ COIN** | ) | |
| **CLOUD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT**
**BANK OF AMERICA, N.A.'S MOTION TO DISMISS**

AND NOW, upon consideration of Defendant Bank of America, N.A.'s Motion to Dismiss,

is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED.  It is further ORDERED

that Plaintiff's Complaint is hereby dismissed with prejudice in accordance with the Federal Rules

of Civil Procedure, and respectfully moves this Court to dismiss the complaint ("Complaint") filed

by Christine Borden ("Plaintiff").

Dated: _____, 2022

BY THE COURT:

_____