# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **CHRISTINE BORDEN,** | **CASE NO.: 2:22-cv-04076-BHH** |
| **Plaintiff,** | Removed from Georgetown County Court of Common Pleas |
| v. | Case No. 2022-CP-22-00868 |
| **BANK OF AMERICA, NA ("BANA") AND WESTCLIFF TECHNOLOGIES, INC., D/B/A NATIONAL BITCOIN ATM, AND CASH CLOUD, INC., D/B/A/ COIN CLOUD,** | |
| **Defendants.** | |

## (PROPOSED) ORDER GRANTING DEFENDANT WESTCLIFF TECHNOLOGIES, INC.'S MOTION TO DISMISS

Upon consideration of Defendant Westcliff Technologies, Inc.'s Motion to Dismiss, is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED. It is further

ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice in accordance with the Federal Rules of Civil Procedure.

AND IT IS SO ORDERED.

Dated: _____, 202_

BY THE COURT:

_____