UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| CHRISTINE BORDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:22-cv-04076-BHH |
| ) | |
| v. ) | Motion in Support of |
| ) | *Pro Hac Vice* Application |
| ) | |
| BANK OF AMERICA, N.A.; WESTCLIFF ) | |
| TECHNOLOGIES, INC., d/b/a National Bitcoin ) | |
| ATM, and Cash Cloud, Inc., d/b/a Coin Cloud, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Vincent Renda, Esq., be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number, and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    **X**     Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; **X** does not intend to oppose

    ☐     Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): n/a

    ☐     No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully Submitted,

        BEST LAW, P.A.

        */s/ Tara E. Nauful*
        Tara E. Nauful
        South Carolina DCID 5864
        999 Lake Hunter Circle, Suite D
        Mount Pleasant, SC 29464
        843.793.4744
        tara@bestlawsc.com

        Attorneys for Westcliff Technologies, Inc.

December 21, 2022