UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| CHRISTINE BORDEN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A.; WESTCLIFF )<br>TECHNOLOGIES, INC., d/b/a National Bitcoin )<br>ATM, and Cash Cloud, Inc. d/b/a Coin Cloud, )<br>)<br>Defendants. )<br>) | Case No. 2:22-cv-04076-BHH<br><br>Application/Affidavit for<br>Vincent Renda, Esq.<br><br>*Pro Hac Vice* Admission |

(1)  Name. Vincent Renda

(2)  Residence. I reside in the following state: California
     If a South Carolina resident, indicate months/years of residence: N/A.

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Pinnacle Legal P.C.
   Mailing address: 9565 Waples Street, Suite #200     City/State/Zip: San Diego, CA 92121
   Telephone number: 858-868-5000
   Facsimile number: 866-303-8383
   E-mail address: vr@pinlegal.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of California, where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| **SEE ATTACHED** | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? .................................................... ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12)   Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Tara E. Nauful, Esq.
Firm Name: Best Law PA
Street Address or Post Office Box: 999 Lake Hunter Cir., Ste. D
City, State, and Zip Code: Mount Pleasant, SC 29464
Telephone Number: 843-804-6080
E-Mail Address: tara@bestlawsc.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)   Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____
_____

(14)   Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)   Electronic Notification. By submitting this application, I consent to electronic notification.

(16)   Represented Party/Parties. I seek to represent the following party/parties:
WESTCLIFF TECHNOLOGIES, INC., d/b/a National Bitcoin ATM.

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

Sworn to and subscribed before me
this 19th day of December, 2022.

_Laurie E. Dillon_
A Notary Public
of the State of New York

My Commission expires: 5/29/2023

LAURIE E. DILLON
Notary Public, State of New York
No. 01DI6059238
Qualified in Nassau County
Commission Expires May 29, 2023

Revised 08/15/2020                                                  Page 3 of 3

# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *Vincent Renda*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Vincent Renda, #213985 was on the 8th day of June 2001 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 30th day of November 2022.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
D. Urzua, Deputy Clerk

## VINCENT RENDA, ESQ.

### STATE COURT ADMISSIONS:

**California**
State Bar No: 213985
Date of Admission: 06/08/2001
In Good Standing

**Colorado**
State Bar No: 55708
Date of Admission: 3/5/2021
In Good Standing

**Connecticut**
State Bar No: 442129
Date of Admission: 12/8/2020
In Good Standing

**Georgia**
State Bar No: 702171
Date of Admission: 10/21/2020
In Good Standing

**Kentucky**
State Bar No: 98965
Date of Admission: 11/12/2020
In Good Standing

**Minnesota**
State Bar No: 0401652
Date of Admission: 08/14/2020
In Good Standing

**New Jersey**
State Bar No: 328422020
Date of Admission: 10/29/2020
In Good Standing

**New York**
State Bar No: VR4779
Date of Admission: 04/14/2004
In Good Standing

**North Carolina**
State Bar No: 57224
Date of Admission: 4/1/2021
In Good Standing

**Pennsylvania**
State Bar No: 328685
Date of Admission: 11/20/2020
In Good Standing

**Texas**
State Bar No: 24087061
Date of Admission: 10/31/2013
In Good Standing

**Virginia**
State Bar No: 98491
Date of Admission: 10/26/2022
In Good Standing

**Wyoming**
State Bar No: 8-6697
Date of Admission: 12/6/2021
In Good Standing

**VINCENT RENDA, ESQ.**

**FEDERAL DISTRICT COURT ADMISSIONS**

**Arkansas**
Eastern District
Date of Admission: 6/14/2006
In Good Standing

Western District
Date of Admission: 6/14/2006
In Good Standing

**California**
Southern District
Date of Admission: 12/17/2001
In Good Standing

Central District
Date of Admission: 9/12/2003
In Good Standing

Northern District
Date of Admission: 9/11/2003
In Good Standing

Eastern District
Date of Admission: 9/15/2003
In Good Standing

**Colorado**
District of Colorado
Date of Admission: 2/24/2006
In Good Standing

**Georgia**
Northern District
Date of Admission: 11/12/2020
In Good Standing

Middle District
Date of Admission: 11/16/2020
In Good Standing

**Georgia**
Southern District
Date of Admission: 3/24/2021
In Good Standing

**Illinois**
Central District
Date of Admission: 9/22/2008
In Good Standing

Northern District
Date of Admission: 3/7/2005
In Good Standing

**Kentucky**
Eastern District
Date of Admission: 4/21/2021
In Good Standing

Western District
Date of Admission: 1/26/2021
In Good Standing

**Michigan**
Western District
Date of Admission: 5/2/2005
In Good Standing

**Minnesota**
District of Minnesota
Date of Admission: 1/28/2021
In Good Standing

**New Jersey**
District of New Jersey
Date of Admission: 11/18/2020
In Good Standing

**New York**
Eastern District
Date of Admission: 6/16/2004
In Good Standing

Southern District
Date of Admission: 7/13/2004
In Good Standing

**New York**
Western District
Date of Admission: 11/4/2022 (District Court)
Date of Admission: 11/28/2022 (Bankruptcy Court)
In Good Standing

**North Carolina**
Middle District
Date of Admission: 6/23/2021
In Good Standing

Eastern District
Date of Admission: 7/16/2021
In Good Standing

Western District
Date of Admission: 7/14/2021
In Good Standing

**Ohio**
Northern District
Date of Admission: 5/22/2006
In Good Standing

**Oklahoma**
Eastern District
Date of Admission: 6/18/2009
In Good Standing

**Pennsylvania**
Middle District
Date of Admission: 5/11/2021
In Good Standing

Western District
Date of Admission: 1/28/2021
In Good Standing

Eastern District
Date of Admission: 4/1/2021
In Good Standing

**Texas**
Northern District
Date of Admission: 6/18/2013
In Good Standing
Western District
Date of Admission: 04/15/2014
In Good Standing

Eastern District
Date of Admission: 6/10/2020
In Good Standing

Southern District
Date of Admission: 2/24/2021
In Good Standing