**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE BORDEN,** | ) | **CASE NO.: 2:22-cv-04076-BHH** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BANK OF AMERICA, NA ("BANA") AND** | ) | |
| **WESTCLIFF TECHNOLOGIES, INC.,** | ) | |
| **D/B/A NATIONAL BITCOIN ATM, AND** | ) | |
| **CASH CLOUD, INC., D/B/A/ COIN** | ) | |
| **CLOUD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, Defendant Bank of America, N.A. ("Defendant" or "BANA") by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves this Court to dismiss the Amended Complaint ("Amended Complaint") filed by Christine Borden ("Plaintiff").

WHEREFORE, Defendant respectfully requests that this Court grant its Motion to Dismiss with prejudice.

This the 3rd day of January, 2023

Respectfully submitted,

/s/ Jasmine K. Gardner _____
Jasmine K. Gardner (S.C. Fed. Bar #12531)
McGUIREWOODS, LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:  (704) 343-2262
Facsimile: (704) 373-8825
jgardner@mcguirewoods.com
*Attorney for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing ***Motion to Dismiss Plaintiff's Amended Complaint and Memorandum in Support of Motion to Dismiss*** with the Court's CM/ECF system which served an electronic copy on all counsel of record.

| | |
|---|---|
| Dave Maxfield, Esq. | Tara E. Nauful |
| David Maxifeld, Attorney, LLC | 999 Lake Hunter Circle, Suite D |
| PO Box 11865 | Mount Pleasant, SC 29464 |
| Columbia, SC 29211 | (843) 793-4744 |
| dave@consumerlawsc.com | tara@bestlawsc.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Westcliff Technologies Inc.* |

/s/ Jasmine K. Gardner _____
Jasmine K. Gardner (S.C. Fed. Bar #12531)