IN THE UNITED STATES DISTRICT COUR

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Christine Borden, | |
| Plaintiff, | Civil Action No. 2:22-cv-04076-BHH |
| Vs. | **NOTICE OF FILING** |
| Bank of America, NA ("BANA"), and Westcliff Technologies, Inc., d/b/a National Bitcoin ATM, and Cash Cloud, Inc., d/b/a Coin Cloud, | |
| Defendants. | |

Counsel for the Plaintiff in the above-captioned matter, hereby affirms that on November 8, 2022 the Defendant Cash Cloud, Inc. d/b/a Coin Cloud was served with a copy of the Summons and Complaint, by United States Certified Mail by filing the attached United States Postal Services Delivery Confirmation.

Respectfully submitted,

DAVE MAXFIELD, ATTORNEY, LLC

By:   s/ Dave Maxfield
David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Christine Borden*

DATED: January 3, 2023

Charleston, South Carolina