## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70202450000164600083

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:20 am on November 8, 2022 in HENDERSON, NV 89074.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

HENDERSON, NV 89074
November 8, 2022, 10:20 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers