# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Christine Borden,<br><br>        Plaintiff,<br>v.<br><br>Bank of America, NA,<br>Westcliff Technologies, Inc. *d/b/a National Bitcoin ATM, and Cash Cloud, Inc. d/b/a Coin Cloud,*<br>Cash Cloud, Inc. *doing business as Coin Cloud*,<br><br>        Defendants. | CASE NO.: 2:22-CV-04076-BHH<br><br>**SUGGESTION OF BANKRUPTCY** |

Defendant Cash Cloud, Inc. doing business as Coin Cloud ("Cash Cloud"), hereby notifies this Court that it filed a Chapter 11 Bankruptcy case in the United States Bankruptcy Court for the District of Nevada on February 7, 2023, Case No. 23-10423. A copy of the Voluntary Petition is attached hereto as **Exhibit A**.

Cash Cloud requests that the Court stay this action pursuant to 11 U.S.C. § 362(a)(1) imposing an automatic stay on actions to collect pre-petition debts of the bankruptcy debtor.

February 10, 2023

*/s/ M. Kevin McCarrell*
M. Kevin McCarrell, S.C. Bar #76255
FOX ROTHSCHILD LLP
2 West Washington Street, Suite 1100
Greenville, SC 29601
(864) 751-7600; (864) 751-7800 (fax)
KMcCarrell@foxrothschild.com
*Attorneys for Cash Cloud, Inc. doing business as Coin Cloud*