**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Christine Borden,<br><br>           Plaintiff,<br>v.<br><br>Bank of America, NA,<br>Westcliff Technologies, Inc. *d/b/a National Bitcoin ATM, and Cash Cloud, Inc. d/b/a Coin Cloud,*<br>Cash Cloud, Inc. *doing business as Coin Cloud*,<br><br>           Defendants. | CASE NO.: 2:22-CV-04076-BHH<br><br><br><br>**NOTICE OF APPEARANCE ON BEHALF OF CASH CLOUD, INC. DOING BUSINESS AS COIN CLOUD** |

**PLEASE TAKE NOTICE** that M. Kevin McCarrell of the firm Fox Rothschild LLP, hereby enters his appearance as counsel of record for Defendant Cash Cloud, Inc. doing business as Coin Cloud. Fox Rothschild LLP requests that all counsel of record and the Clerk of Court please add the newly appearing counsel for Defendant Cash Cloud, Inc. doing business as Coin Cloud to its respective service lists and provide copies of all future pleadings, correspondence, and other relevant matters to the above referenced counsel at the address set forth below.

|   |   |
|---|---|
|   | BY: */s/ M. Kevin McCarrell*<br>FOX ROTHSCHILD LLP<br>M. Kevin McCarrell (Fed. I.D. No. 10427)<br>2 West Washington Street, Suite 1100<br>Greenville, SC 29601<br>(864) 751-7600; (864) 751-7800 (fax)<br>KMcCarrell@foxrothschild.com |
| February 10, 2023 | *Attorneys for Cash Cloud, Inc. doing business as Coin Cloud* |