IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christine Borden,<br><br>Plaintiff<br>-vs-<br><br>Bank of America, Westcliff Technologies, Inc. d/b/a National Bitcoin ATM and Cash Cloud, Inc. d/b/a Coin Cloud,<br><br>Defendant. | Civil Action No. 2:22-cv-04076-BHH |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.

Plaintiff Christine Borden hereby dismisses the claims against Defendant Bank of America, N.A. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Christine Borden against Defendant Bank of America, N.A. are dismissed with prejudice. Each party agrees to bear its own fees and costs.

DAVE MAXFIELD, ATTORNEY, LLC

s/ David A. Maxfield
_____
Dave Maxfield, Esq., FED ID No. 6293
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 (fax)
dave@consumerlawsc.com

*Attorney for Christine Borden*

/s/ *Jasmine K. Gardner by T. Richmond McPherson (S.C. Fed Bar 11214)*
Jasmine K. Gardner (S.C. Fed. Bar # 12531)
MCGUIREWOODS, LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
E-mail: jgardner@mcguirewoods.com

*Attorney for Bank of America, N.A.*

May 22, 2023