IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christine Borden,<br><br><br><br>                                           Plaintiff<br><br>-vs-<br><br>Bank of America, Westcliff Technologies,<br>Inc. d/b/a National Bitcoin ATM and Cash<br>Cloud, Inc. d/b/a Coin Cloud,<br><br>                                           Defendant. | Civil Action No. 2:22-cv-04076-BHH |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that T. Richmond McPherson, III of McGuireWoods LLP files this Notice of Appearance in the above-styled action as Counsel of record with Jasmine K. Gardner, for the purpose of representing Defendant Bank of America, N.A. (hereinafter "Defendant" or "BANA").

Service of all pleadings, papers, and other filings should be made on counsel for Defendant at the address listed below.

DATED this 22nd day of May, 2023.

**SIGNATURE ON NEXT PAGE**

Respectfully submitted,

/s/*T. Richmond McPherson*

Jasmine K. Gardner (S.C. Fed. Bar # 12531)
T. Richmond McPherson (S.C. Fed Bar 11214)
MCGUIREWOODS, LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2262
Facsimile: (704) 373-8825
E-mail: jgardner@mcguirewoods.com

*Attorney for Bank of America, N.A.*

.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 22nd day of May, 2023, a true and correct copy of the foregoing *Notice of Appearance* was served via CM/ECF electronic filing.

/s/*T. Richmond McPherson*
Jasmine K. Gardner (S.C. Fed. Bar # 12531)
T. Richmond McPherson (S.C. Fed Bar 11214)