IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christine Borden,<br><br>                                Plaintiff<br><br>-vs-<br><br>Bank ofAmerica, Westcliff Technologies, Inc. d/b/a National Bitcoin ATM and Cash Cloud, Inc. d/b/a Coin Cloud,<br><br>                                Defendant. | Civil Action No. 2:22-cv-04076-BHH |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO WESTCLIFF TECHNOLOGIES, INC. D/B/A NATIONAL BITCOIN ATIM

Plaintiff Christine Borden hereby dismisses the claims against Defendant Westcliff Technologies, Inc. d/b/a National Bitcoin ATM with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Christine Borden against Defendant Westcliff Technologies, Inc. d/b/a National Bitcoin ATM are dismissed with prejudice. Each party agrees to bear its own fees and costs.

DAVE MAXFIELD, ATTORNEY, LLC

s/ David A. Maxfield
_____
Dave Maxfield, Esq., FED ID No. 6293
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 (fax)
dave@consumerlawsc.com

*Attorney for Christine Borden*

BEST LAW, P.A.


 /s/ Morgan R. Dunn
Tara E. Nauful, DCID 5864
tara@bestlawsc.com
Morgan R. Dunn, DCID 13836
morgan@bestlawsc.com
999 Lake Hunter Circle, Suite D
Mount Pleasant, SC 29464
(843) 793-4744
*Attorney for Westcliff Technologies, Inc. d/b/a National Bitcoin ATM*

DATED: June 12, 2023